**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

IN RE: INCLUSIVE ACCESS COURSE                    20 MDL NO. 2946 (DLC)
MATERIALS ANTITRUST LITIGATION

                                                                    **JUDGMENT**

------------------------------------------------------------
This Judgment applies to the following actions:

20cv3162 20cv3660 20cv6314 20cv6317
20cv6331 20cv6333 20cv6334 20cv6335
20cv6364 20cv6840 20cv6842 20cv6845
20cv6847 29cv6848

------------------------------------------------------------X


            It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated

in the Court's Opinion and Order dated June 14, 2021, the Defendants' January 22, 2021 motion

to dismiss is granted; judgment is entered for the Defendants and the case is closed.


**Dated:**  New York, New York
            June 15, 2021


                                        **RUBY J. KRAJICK**
                                        _____
                                              **Clerk of Court**

                            **BY:** _____

                                              **Deputy Clerk**